extended the term thereof in the belief that $25,000 was due thereon, then plaintiff would be entitled to judgment. But if plaintiff, in connection with the assignment of the mortgage, with a knowledge that only $22,000 was due thereon, arranged for an extension of the mortgage based upon the promise of defendants Blackman to pay $25,000 as the principal sum of the mortgage, said defendants' defense of usury would be established. Appeal from order dismissed. Findings of fact inconsistent herewith are reversed. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

SAM MARKMAN, Respondent, v. BROAD DEVELOPING COMPANY, INC., Appellant, and Others, Defendants. LOUIS BROD, as Director of BROAD DEVELOPING Co., INC., a Domestic Corporation, in Behalf of the Said Corporation and Its Creditors, Appellant, v. SAMUEL MARKMAN, Respondent, and Others, Defendants. (Consolidated Actions.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARYLAND CASUALTY COMPANY, Appellant, v. SCHAEFER CONSTRUCTION COMPANY, Defendant, and ÆTNA CASUALTY AND SURETY COMPANY and SAUL KAUFFMAN, as Trustee in Bankruptcy of SCHAEFER CONSTRUCTION COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents.

JOHN NEIS, Respondent, v. JOSEPH DE GREGORY (Sometimes Described as JOSEPH DE GREGORIO and Also as JOSEPH GREGORY), Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN NEIS, Respondent, v. JOSEPH DE GREGORY (Sometimes Described as JOSEPH DE GREGORIO, and Also as JOSEPH GREGORY), Appellant.— Order denying defendant's motion for a new trial upon the ground of newly-discovered evidence unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PRUDENCE COMPANY, INC., Respondent, v. WYKAGYL GARDENS, INC., and Others, Defendants, Impleaded with DOMESTIC ELECTRIC Co., INC., Appellant. (Actions Nos. 1, 2, 3, 4 and 5.) — Judgment dated March 11, 1930, modified by striking therefrom the allowance of a separate bill of costs and also the additional allowance of $200 as against defendant Domestic Electric Co., Inc., and as thus modified unanimously affirmed, with costs to appellant. Judgment dated March 26, 1930, which granted a separate bill of costs and an additional allowance, reversed upon the law and the facts, with costs. The additional allowance was not proper against this defendant lienor and the circumstances of the case were such that in the exercise of sound discretion no taxable costs should have been allowed as against this defendant lienor. Appeal from order dismissed. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Young, Hagarty, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. BERGMAN, Appellant.— Judgment of conviction and orders unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUNEO EASTERN PRESS, INC., a Corporation, Appellant.— Judgment of conviction of the Court